# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **REGINALD SANDERS,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2254** |
| v. | Case No.: 09-cv-472-bbc |
| **JOHN PAQUIN, Warden,** **Prairie du Chien Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

| | |
|---|---|
| /s/ S. Vogel | August 7, 2009 |
| **by Deputy Clerk** | _____ |
| | **Date** |